| Attorney or Party Name, Address, Phone & Fax Nos.,<br>State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### United States Bankruptcy Court
### Central District of California - Los Angeles Division

| In re:<br><br>Cindy Chan<br><br>Veasna Chan | CASE NO.:<br><br>CHAPTER:  7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION**<br>**DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **07/27/2024**     **Cindy Chan**
           Printed name of Debtor 1              Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **07/27/2024**     **Veasna Chan**
           Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC

### DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End |
|---|
| 06/01/24 |
| **2. Pay Date** |
| 06/07/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| CHAN CINDY KANYA | GS   05   10 | 30.60 | 45.90 | 63857.00       0.00       63857.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-8056 | 35.84 | N | 09/08/87 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| US BANK NA | VA DESERT PACIFIC FCU | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 150 | | | 0 | 0 | | FERS:     5975.86 | |
| CA | S | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2448.00 | 30656.80 | |
| TAXABLE WAGES | 1844.56 | 23621.83 | |
| NONTAXABLE WAGES | 303.44 | 3534.97 | |
| TAX DEFERRED WAGES | 300.00 | 3500.00 | |
| DEDUCTIONS | 1260.55 | 15042.32 | |
| AEIC | | | |
| NET PAY | 1187.45 | 15614.48 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2448.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 20.00 | 450.00 | FEGLI | C0 | 10.56 | 125.76 |
| FEHB | 113 | 238.63 | 2822.10 | MEDICARE | | 31.10 | 393.27 |
| OASDI | | 132.96 | 1681.55 | RETIRE, FERS | K | 19.58 | 233.22 |
| VCS DEDUCT | JC | 42.69 | 604.91 | TAX, FEDERAL | | 295.04 | 3195.17 |
| TAX, STATE | CA | 59.87 | 779.75 | TSP LOANS | 110011G | 45.31 | 543.72 |
| TSP SAVINGS | | 300.00 | 3500.00 | DENTAL | | 51.41 | 565.49 |
| VISION | | 13.40 | 147.38 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 75.50 | 8.00 | 80.00 | 2.00 | 71.50 | | 84.00 | |
| SICK | 38.50 | 4.00 | 40.00 | | | | 78.50 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.28 | 62.88 | FEHB | 586.50 | 6986.04 |
| MEDICARE | 31.10 | 393.27 | OASDI | 132.96 | 1681.55 |
| RETIRE, FERS | 450.43 | 5364.84 | TSP BASIC | 24.48 | 291.56 |
| TSP MATCHING | 97.92 | 1166.28 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | | | | | | 1. Pay Period End 06/15/24 |
|---|---|---|---|---|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | | 2. Pay Date 06/21/24 |
| 3. Name CHAN CINDY KANYA | 4. Pay Plan/Grade/Step GS   05   10 | 5. Hourly/Daily Rate 30.60 | 6. Basic OT Rate 45.90 | | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 63857.00    0.00    63857.00 | | |
| 8. Soc Sec No ***-**-8056 | 9. Locality % 35.84 | 10. FLSA Category N | 11. SCD Leave 09/08/87 | | 12. Max Leave Carry Over 240 | | 13. Leave Year End 01/11/25 |

| 14. Financial Institution - Net Pay US BANK NA | 15. Financial Institution - Allotment #1 VA DESERT PACIFIC FCU | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 150 | | | 0 | 0 | | FERS:    5995.44 | |
| CA | S | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2448.00 | 33104.80 | |
| TAXABLE WAGES | 1844.56 | 25466.39 | |
| NONTAXABLE WAGES | 303.44 | 3838.41 | |
| TAX DEFERRED WAGES | 300.00 | 3800.00 | |
| DEDUCTIONS | 1264.59 | 16306.91 | |
| AEIC | | | |
| NET PAY | 1183.41 | 16797.89 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2448.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 20.00 | 470.00 | FEGLI | C0 | 10.56 | 136.32 |
| FEHB | 113 | 238.63 | 3060.73 | MEDICARE | | 31.09 | 424.36 |
| OASDI | | 132.97 | 1814.52 | RETIRE, FERS | K | 19.58 | 252.80 |
| VCS DEDUCT | JC | 46.73 | 651.64 | TAX, FEDERAL | | 295.04 | 3490.21 |
| TAX, STATE | CA | 59.87 | 839.62 | TSP LOANS | 110011G | 45.31 | 589.03 |
| TSP SAVINGS | | 300.00 | 3800.00 | DENTAL | | 51.41 | 616.90 |
| VISION | | 13.40 | 160.78 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 75.50 | 8.00 | 88.00 | 9.75 | 81.25 | | 82.25 | |
| SICK | 38.50 | 4.00 | 44.00 | | | | 82.50 | |
| HOLIDAY | | | | | 24.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.28 | 68.16 | FEHB | 586.50 | 7572.54 |
| MEDICARE | 31.09 | 424.36 | OASDI | 132.97 | 1814.52 |
| RETIRE, FERS | 450.43 | 5815.27 | TSP BASIC | 24.48 | 316.04 |
| TSP MATCHING | 97.92 | 1264.20 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | | | | 1. Pay Period End 06/29/24 |
|---|---|---|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | | | | 2. Pay Date 07/05/24 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | |

| 3. Name CHAN CINDY KANYA | 4. Pay Plan/Grade/Step GS   05   10 | 5. Hourly/Daily Rate 30.60 | 6. Basic OT Rate 45.90 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 63857.00   0.00   63857.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8056 | 9. Locality % 35.84 | 10. FLSA Category N | 11. SCD Leave 09/08/87 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/11/25 |

| 14. Financial Institution - Net Pay US BANK NA | 15. Financial Institution - Allotment #1 VA DESERT PACIFIC FCU | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 150 | | | 0 | 0 | | FERS:   6015.02 | |
| CA | S | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2448.00 | 35552.80 | |
| TAXABLE WAGES | 1844.56 | 27310.95 | |
| NONTAXABLE WAGES | 303.44 | 4141.85 | |
| TAX DEFERRED WAGES | 300.00 | 4100.00 | |
| DEDUCTIONS | 1342.86 | 17649.77 | |
| AEIC | | | |
| NET PAY | 1105.14 | 17903.03 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2448.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 20.00 | 490.00 | FEGLI | CO | 10.56 | 146.88 |
| FEHB | 113 | 238.63 | 3299.36 | MEDICARE | K | 31.10 | 455.46 |
| OASDI | | 132.96 | 1947.48 | RETIRE, FERS | | 19.58 | 272.38 |
| VCS DEDUCT | JC | 125.00 | 776.64 | TAX, FEDERAL | | 295.04 | 3785.25 |
| TAX, STATE | CA | 59.87 | 899.49 | TSP LOANS | 110011G | 45.31 | 634.34 |
| TSP SAVINGS | | 300.00 | 4100.00 | DENTAL | | 51.41 | 668.31 |
| VISION | | 13.40 | 174.18 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 75.50 | 8.00 | 96.00 | 4.00 | 85.25 | | 86.25 | |
| SICK | 38.50 | 4.00 | 48.00 | | | | 86.50 | |
| HOLIDAY | | | | 8.00 | 32.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.28 | 73.44 | FEHB | 586.50 | 8159.04 |
| MEDICARE | 31.10 | 455.46 | OASDI | 132.96 | 1947.48 |
| RETIRE, FERS | 450.43 | 6265.70 | TSP BASIC | 24.48 | 340.52 |
| TSP MATCHING | 97.92 | 1362.12 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 07/13/24 |
| 2. Pay Date | 07/19/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| CHAN CINDY KANYA | GS   05   10 | 30.60 | 45.90 | 63857.00    0.00    63857.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-8056 | 35.84 | N | 09/08/87 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| US BANK NA | VA DESERT PACIFIC FCU | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 150 | | | 0 | 0 | | FERS:   6034.60 | |
| CA | S | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2448.00 | 38000.80 | |
| TAXABLE WAGES | 1844.56 | 29155.51 | |
| NONTAXABLE WAGES | 303.44 | 4445.29 | |
| TAX DEFERRED WAGES | 300.00 | 4400.00 | |
| DEDUCTIONS | 1255.85 | 18905.62 | |
| AEIC | | | |
| NET PAY | 1192.15 | 19095.18 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2448.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 20.00 | 510.00 | FEGLI | C0 | 10.56 | 157.44 |
| FEHB | 113 | 238.63 | 3537.99 | MEDICARE | | 31.09 | 486.55 |
| OASDI | | 132.96 | 2080.44 | RETIRE, FERS | K | 19.58 | 291.96 |
| VCS DEDUCT | JC | 38.00 | 814.64 | TAX, FEDERAL | | 295.04 | 4080.29 |
| TAX, STATE | CA | 59.87 | 959.36 | TSP LOANS | 110011G | 45.31 | 679.65 |
| TSP SAVINGS | | 300.00 | 4400.00 | DENTAL | | 51.41 | 719.72 |
| VISION | | 13.40 | 187.58 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 75.50 | 8.00 | 104.00 | | 85.25 | | 94.25 | |
| SICK | 38.50 | 4.00 | 52.00 | 8.00 | 8.00 | | 82.50 | |
| HOLIDAY | | | | 8.00 | 40.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.28 | 78.72 | FEHB | 586.50 | 8745.54 |
| MEDICARE | 31.09 | 486.55 | OASDI | 132.96 | 2080.44 |
| RETIRE, FERS | 450.43 | 6716.13 | TSP BASIC | 24.48 | 365.00 |
| TSP MATCHING | 97.92 | 1460.04 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**