Certificate Number: 14912-CAC-DE-038786441

Bankruptcy Case Number: 24-16141



14912-CAC-DE-038786441

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2024, at 3:32 o'clock PM EDT, Cindy Chan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  August 20, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor